UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,**<br><br>       Plaintiff,<br><br>    v.<br><br>**ACE AMERICAN INSURANCE COMPANY, INC.,**<br><br>       Defendant. | Case No.  4:21-cv-07135<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

On July 22, 2022, the parties to the action, by and through their counsel, advised the Court that they have agreed to settlement and were going to file a dismissal.  (Dkt. No. 36.)  To date, one has not been filed.

Based thereon, this matter is **DISMISSED WITH PREJUDICE.**  It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within five (5) days from the date of this Order, that the case should be reopened for failure of a condition of settlement, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: September 12, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE